RECEIVED
SDNY PRO SE OFFICE

2022 OCT 25  AM 10:52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andre Antrobus

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

New York city &
N.Y.P.D. Et Al

COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes  ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily fo prisoners challenging the constitutionality of their conditions of confinement; those claims a often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☒ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Andre Antrobus
First Name Middle Initial Last Name

State any other names (or different forms of your name) you have ever used, including any na you have used in previously filing a lawsuit.

12623
Prisoner ID # (If you have previously been in another agency's custody, please specify each age and the ID number (such as your DIN or NYSID) under which you were held)

Mid hudson forensic
Current Place of Detention

P.O. Box 158
Institutional Address

New Hampton NY 10958
County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☒ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Brooklyn NY 11226

Date(s) of occurrence: 11-20-20, 10-20-20, 3-12-21, 1-15-22

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. A[ttach] additional pages as necessary.

Retaliation of false Arrest By N.Y.P.D through the years (Reference) 010199-21/K.T 01-25-22 to 11-15-21 testimony where Heather-vaz Antrobus testified its not her own words of the truth N.Y.P.D and ADA Told her what to say all the times of getting Andre Antrobus arrested testimony in front of Racheal Eastlund at Civil/Housing Court 141 Livingston St Brooklyn, N.Y. 11201 ... And had police do police brutality to me several times from Martense st to police station, stayed in Jail several times for months to ?,
shock by tazer, trip to hurt leg, leg stomped on, Back stomped on, punched in several places,

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Back, leg, eyes, head, arm broken, cut, stabbed, head Bust,

Emotional distress, trauma complex historical

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

20,000,000 00  Punitive Damages
15,000,000 00  compensative Damages



Lascelles Alexander Dean Lewis
#12139
mid hudson forensic P.C
P.O. Box 158
New Hampton NY 10958

United States District Court
Southern District of New York
Att'n @ Clerk
500 Pearl st
New York NY 10007

Pro Se
EN

RECEIVED
OCT 24 2022
CLERK'S OFFICE
S.D.N.Y.