UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE ANTROBUS,<br><br>                    Plaintiff,<br><br>         -against-<br><br>NEW YORK CITY; N.Y.P.D. ,<br><br>                    Defendants. | 22-CV-9138 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 2, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 2, 2022
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                              Chief United States District Judge